# Exhibit D

**Declaration of Lilian Castillo Rosado**

I, Lilian Oneida Castillo Rosado, hereby declare and say as follows:

1. My name is Lilian Oneida Castillo Rosado. I am detained at Karnes County Residential Center ("Karnes") with my son, Josel, who is eight years old. My A number is 206-187-527.

2. I am applying for withholding of removal to stay in the United States. I am represented *pro bono* by Michael Cooley of the law firm of Akin Gump Strauss Hauer & Feld LLP, which has offices in both Texas and New York and is willing to continue to represent me whether my case proceeds in Texas or in New York.

3. My son Josel and I fled Honduras, our home country, because we were subjected to years of domestic violence there. Josel's father repeatedly beat me and sexually abused me over a period of approximately five or six years. He also threatened my life and confined me and Josel to the house for extended periods of time. Josel's father beat Josel, too, when Josel tried to defend me.

4. The Honduran government will not protect us from Josel's father. We are seeking asylum in the United States. ICE has detained me and my son at Karnes since we entered the United States in early August.

5. There is no good reason for detaining me and my son. I have no criminal record in my home country, and ICE has never said that I pose any danger to anyone. If I were released, I would live in New York with my sister-in-law, who has lawful status, and I would attend all future immigration court hearings. ICE refuses to release me just because I have a prior deportation order, and that is not fair or just.

6. Along with other women, I am participating in a hunger strike at Karnes because we are protesting the fact of our continued detention. I am especially frustrated and sad that the children are suffering in detention. We did not do anything wrong. We just came as refugees to seek safety, and our children should not be locked up for that. That is why I am protesting.

1

**Conditions of Detention at Karnes**

7.  Josel and I have been detained at Karnes for nine months. The conditions at Karnes are inhumane, and it is especially bad to lock up children in this place. I feel that the ICE officials and GEO staff at Karnes do not treat the women and children with respect and dignity. They provide very bad quality food and medical care, which are basic needs for mothers and children.

8.  For example, the food in the cafeteria is so bad that my son and many other children do not want to eat it. The meat is not good. Even the rice is bad. The food is not cooked properly. My son refuses to eat the food, and that worries me as his mother.

9.  There has been sexual abuse among the children. The GEO staff separated older children from their parents and put them all in the same living area together. They weren't properly supervised, and some of the children forced one boy to perform sexual acts. ICE set a bond for some of these families to get them out of Karnes and cover up what really happened.

10. The medical care at Karnes is terrible. The GEO medical staff do everything possible to avoid giving treatment. Many times I went to medical complaining of severe pain but they acted like it was not serious.

11. I know a woman whose daughter is very sick with stomach inflammation. The medical staff haven't treated her properly and she isn't getting better. The judge recently denied the mother asylum. The mother wants to appeal, but she is worried that an appeal will force her daughter to stay longer at Karnes with inadequate medical care.

12. Another woman has a daughter whose hair is falling out. The medical staff said her hair was falling out because of stress, but the mother was worried that it is a serious sickness, and it took a very long time to get tests done.

13. The mental health care they offer here is meaningless. There are children detained at Karnes who say they want to kill themselves, and they are not getting the counseling they need. One child was telling me he wants to climb to the roof and jump if he doesn't get

out of here. My own son doesn't want to get out of bed. He is too depressed to eat or go to classes. He cries all the time because he has been here so long. When I put my son to bed, I tell him how we will get out of Karnes someday. He asks me, "When, Mami, when?" I tell him that God is with him, which is the only thing that makes him smile. Young children should not have this type of depression. It bothers me that the consciences of the ICE and GEO officials seem totally unaffected by the children's suffering.

14. The ICE officers mock us and tell us we should just ask to be deported, since we've been at Karnes for so long, waiting to get asylum. Officer Pacheco, an ICE officer, has pressured me to do things like sign papers that I don't understand by saying "do you want to go back to your country?"

15. Most importantly, I am very upset that there are children, like my son, detained at Karnes. Karnes feels very much like prison. They conduct head counts three times a day, just like they would do at a jail. They write us up if you talk back to them after they are talking badly to you or insulting you, which is also like a jail. Children should not be locked up here. I only came to the United States to protect my son from violence, and because I was desperate and scared for our lives. But we are treated like prisoners because we came to seek asylum.

**Hunger Strike and Protest**

16. In March, along with some of the other women at Karnes, I decided to go on hunger strike because I am desperate. When I first arrived here, ICE said we would only be detained for ninety days. After ninety days, they said six months. I have now been here nine months. The only thing I want—and the other women want—is to find refuge here in the United States.

17. The goal of our hunger strike was to draw attention to the terrible plight of the children here at Karnes and to persuade ICE to release the women and children at Karnes while a judge decides whether they should get asylum in the United States. There is no reason to keep us locked up here. People accused of crimes are released on their own promise to return to court. We haven't even committed a crime. The same rule should apply to us.

18. Only the mothers are participating in the hunger strike. Our children are not on hunger strike. We do not bring our children to the cafeteria for breakfast or dinner, but we feed them with food from the commissary.

19. When we began the hunger strike during the Holy Week before Easter, we circulated a petition. In that petition, we asked for release from detention. We wrote the petition in order to explain why we were holding a hunger strike, and express our goals.

20. About eighty women signed the petition. We planned to begin refusing meals during Holy Week.

21. On Monday morning, we planned to deliver the petition to Johana De Leon, who works with an advocacy organization called RAICES, which helps the women at Karnes with our asylum applications and finding attorneys for our asylum cases.

22. I stopped eating Monday morning of Holy Week. An ICE officer told me that it was a sin to refuse food because it is bad for your health. The ICE officers seemed really bothered by the fact that we refused meals.

23. After the mothers started refusing meals, the ICE officers called all of the hunger strikers to room 705. The room was packed, and there must have been nearly eighty women there. There were about ten ICE and GEO people in the room, include a white woman from ICE, Officer Pacheco from ICE, Officer Torres from ICE, and the doctor from GEO. Only the ICE officers spoke.

24. We told the ICE officers that we were striking for the children's sake. We told the officers that they should release our children and that it was unjust to keep children locked in a detention center.

25. The ICE officers said that we did not love our children because we weren't feeding them. They said we were not taking care of them properly. We were very clear with the officers: we told them that we were feeding our children in our rooms with food from the commissary. The ICE officers still threatened to take our children away. A short, small

4

man from ICE, said that our children would be taken away if we continued with the hunger strike. They all said they were only following the government's rules.

26. The threats to take my son from me made me cry. I felt the holy spirit enter me and move me to explain the purpose of our strike. I told the officers they don't have compassion for the children or love for us as human beings. The ICE officers tried to make me leave the meeting to go see the GEO psychologist, Dr. Diaz. I refused. I told them that I know what I am saying and doing, and it's not crazy. I was asking them to have compassion for my son.

27. After this meeting, lots of women told me that they dropped out of the hunger strike because they were worried about losing their children. They believed that ICE would label them as crazy and send their children to another detention facility. Many women at Karnes made their way to the United States with no other family, no money, and no education. It would be completely devastating to have their children taken from them and put in another detention center, or, worse, sent back to the life-threatening violence they were trying to escape. I cannot lose my son. He is all I have.

28. Some women told ICE that it would be alright to send their children to other family members in the United States. They are willing to do anything to get our children out of the detention center. ICE realized that some mothers would be willing to let that happen, and told us no, they would not place our children with family members. ICE said the children would be taken from us and put in a different detention center. They were threatening our children to try to deter us from striking.

29. Even after we were released from meeting in room 705, ICE and GEO officials kept trying to intimidate me and the other strikers into silence. They don't want us to draw attention to the injustice of keeping us mothers and children locked up at Karnes. Their tactics worked; by Good Friday, there were only twenty-five strikers left out of the original number, which was close to eighty.

5

30. ICE officials and GEO employees punished Kenia Yakeline Galeano and Delmy Pineda Cruz for participating in the hunger strike. Kenia and Delmy were taken from their dorm rooms into isolation rooms in the medical area. We knew ICE was taking them into the locked isolation rooms because GEO guards came to take all of their things out of their dorm rooms. When the other strikers saw that Kenia and Delmy were locked up, more than thirty of them dropped out of the strike. We were all terrified that this is what they would do to us, too. We were also very worried about Kenia and Delmy and their children. The isolation rooms are very harsh, and Kenia's son is only two years old. Kenia and Delmy were locked away overnight. We didn't see them until the next morning.

31. At first, I considered stopping my strike, because I was worried that they would put me in an isolation room. I have seen them use the isolation rooms for punishment before: if you are speaking out or saying something they don't like, ICE and GEO officials will take you to an isolation room. They don't like questions. I have considered my participation in the strike, and now, I am not afraid, because I know that I have strength through God. But I still believe that they may lock me up.

32. The ICE officials and GEO guards took jobs away from all the mothers who are on strike. About thirty women at Karnes have job assignments, such as cleaning windows, cleaning bathrooms, cleaning the patio, cleaning other places inside Karnes, cleaning the kitchen, and distributing food in the cafeteria. For these jobs, we earn three dollars per day. Even though it is very little money, we take the jobs because we need the money to buy food for our children at the commissary. I don't have a job, and I haven't had one since I came to Karnes, because the GEO medical staff won't give me clearance to work. This is because of some pain issues I have had since before I came to the United States.

33. A day or two after the big meeting in room 705, the woman who organizes the women with job assignments if they were participating in the hunger strike. The strikers who had a job told me that she made them follow her to room 613, where she asked why the strikers won't eat and warned that if they didn't eat that day, they'd never work again. She told them if you are on hunger strike, you cannot work. The GEO guards reminded them that they know we need our jobs. They're right: there are women here whose families cannot send them

money, and the little money they earn doesn't go far because items in the commissary are really expensive. Many women dropped out of the strike because of this. Women who stayed in the strike lost their jobs.

34. Buying food from the commissary is important for the children. The food GEO gives us is cooked so poorly that our children refuse to eat it. ICE and GEO officials didn't believe us, so they called some of the youngest kids to room 705 and put the food in front of them. The kids just played with it with their hands—they wouldn't eat. Buying things from the commissary is the only way we can make sure our kids eat enough. Taking away the mothers' jobs is like forcing them to choose between speaking out and caring for their children.

35. Late in the week during Holy Week, the GEO guards took me to room 613 to ask questions about the last time I had met with a friend of Johana De Leon from RAICES. They gave me a pen and told me to write down what I talked about with the woman. I refused because my lawyer told me not to write anything down on paper or say anything, but they persisted.

36. The GEO guards asked why I wouldn't write down what we had talked about and they commented that it must have been something very interesting. They were getting instructions from someone else over the phone. I told them that I wanted to speak to the person giving instructions face-to-face before I answered any questions. They eventually let me leave, but this was a very intimidating experience. GEO must have gone through their records of who had visited me, because the visit they were asking about had happened days ago. I feel like they are trying to find a way to put me in the medical isolation room.

37. The GEO guards watch me closely now. If we get into a big group of people, they come over and pass by us to overhear what we're talking about. I feel like my privacy is constantly invaded here. ICE and GEO want to make sure we don't speak out about the injustice of family detention.

38. One day, the GEO guards also videotaped us and our children using handheld cameras, even though there are security cameras everywhere. They told me it was to show the

7

outside world that there was no hunger strike. They said that they did not believe that we were on hunger strike, and they wanted to video us eating. The filming really bothered me because it showed a basic lack of respect. It felt very invasive, and it made me and other hunger strikers worried about what we could say or do. The guards stood where the women were and kept pointing the camera at us and our children. They also videotaped people buying things in the commissary and children using the microwave.

39. When this filming happened, we decided, if GEO was going to make us feel like prisoners and watch our every move, we would protest, and they could film our protest. Some of the women took sheets of printer paper and wrote "L-I-B-E-R-T-A-D" (to spell freedom in Spanish) and put one letter on each piece of paper. Then they held the papers up in order, and we all chanted "libertad!" We were in the courtyard at this time. The GEO guards then ordered us to go to our rooms. I think they were angry that we ruined their video that was supposed to show that there was no protest going on.

40. While we were chanting, it was about 6:45 in the evening. The guards ordered us back to our dorm rooms in the middle of our chant. We are supposed to be allowed outside until 7:00 p.m. The sick children are allowed to come outside and play from 7:00–8:00, and then we are allowed back outside from 8:00–10:00 p.m.

41. We refused to go inside at 6:45 because we didn't want the GEO guards to be able to send us inside just for protesting. After about five minutes, Kenia said that we should go inside to allow the sick children to play. We went inside after five minutes.

42. When the time came for everyone to go back outside if they wanted to, at 8:00 p.m., the GEO guards wouldn't let anyone out of their rooms. They said they were keeping us inside for our security, but I don't believe that. Everyone at Karnes was on lockdown because we had protested. I think they were trying to send a message that we should stop speaking out and standing up for ourselves.

8

43. I heard that some of the women who carried the L-I-B-E-R-T-A-D sign got written up by GEO, and that they said something about talking to a helicopter. I don't remember seeing a helicopter when we were chanting in the courtyard. If there was one, I didn't notice it.

44. One of the GEO employees called me to an office to ask me questions about why we chanted. I told them we were angry about being filmed.

45. Some things have changed since the strike began. GEO has changed the kitchen and the food. They started asking us what we would like to eat in the kitchen to see if we would eat, but I don't think they made any different food. Before the hunger strike, they used to tell us that this is not a restaurant, and they could not make any changes to the menu. I also heard that they have a camera in the dining room now to see who is eating, but I haven't seen it.

**Ongoing Intimidation from ICE and GEO**

46. The hunger strike is going on again. We broke our strike on Holy Saturday (the day before Easter) to give ICE ten days to respond to our demands. During those ten days, I kept asking ICE officials to set a bond for me. They said what they always say: that they are only following the law, and I have to wait for the immigration judge to decide my case. But I know they have the power to let my son and me go.

47. ICE did not respond to our petition, so we started hunger striking again on Tuesday, April 14, 2015. I am continuing the hunger strike to protest the fact that they continue to hold us in this detention center for no reason whatsoever.

48. During the hunger strike, the GEO nurses call us to the medical area to weigh us and take our blood pressure every day. They tell us that we have to start eating, or else we will not be able to take care of our children. They say our children will be taken away if we keep striking because we will get sick, and we cannot care for our children if we are sick, and they will be taken away.

49. There are only about fifteen or twenty strikers left out of the nearly eighty who signed the petition before Holy Week. The women who stopped striking have told me they are scared about what ICE and GEO will do to them. They are especially scared of losing their children.

50. This morning, the ICE officials and GEO employees had another meeting in Room 705, and they called in all of the hunger strikers. There were about twelve of us, and there were ICE officers Hester, Pacheco and Torres, the head of the clinic, and two GEO employees.

51. They asked why we are not eating. We told them that we want to know why we are being detained, and we want to be released, and that our children should not suffer like this in jail. They said they don't know anything about our asylum cases, and the immigration judge has to decide when we can be free.

52. We told them again that we want our freedom, and we know that ICE can free us. They said the judge has to act on our cases, and if we are frustrated, then our lawyers are to blame, and not ICE or GEO.

53. They also told us we are going to get sick from not eating. They said if we get sick and cannot take care of our children, then under the law the children will be taken away. They gave us each a paper and told us to write why we are hunger striking on the paper. Then they took the papers back.

54. The meeting lasted a long time. ICE and GEO want us to stop protesting and calling attention to our plight, but we are mothers and we cannot allow our children to be locked up like this for so long. We have to protect our children, and we did nothing wrong. We are just speaking out because we want our freedom.

55. I am scared of the further actions that ICE and GEO might take to prevent me from hunger striking. Nevertheless, I will keep striking because ICE could release me and my son if it wanted. We are only seeking asylum and we have not committed any crimes. Our children should not be in jail because they had to run for their lives.

I, Lilian Oneida Castillo-Rosado, swear pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and recollection. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*Lilian Castillo Rosado*          4/20/15

Lilian Oneida Castillo-Rosado          Date

## CERTIFICATE OF TRANSLATION

I, RANJANA NATARAJAN, hereby declare as follows:

1. I speak and understand both English and Spanish.

2. I am competent to translate from English into Spanish.

3. I translated the foregoing document for Ms. Lilian Castillo Rosada. I certify that the translation of the foregoing document is true and accurate to the best of my abilities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/20/15

RNatarajan

Printed name: RANJANA NATARAJAN