UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DELMY PINEDA CRUZ, ET AL. § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | Civil Action No.  SA-15-CV-326-XR | |
| § | | |
| ROSE THOMPSON, ET AL., § | | |
| § | | |
| *Defendants*. § | | |

### ORDER

For the reasons stated in open court on Thursday, May 7, 2015, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 4) are DENIED.

No later than **May 29, 2015**, the parties shall confer and submit a proposed scheduling order that includes at a minimum deadlines for filing an answer or motion pursuant to Rule 12, amending pleadings, concluding discovery, and filing dispositive motions. The Court will set a trial date after dispositive motions, if any, are resolved.

It is so ORDERED.

SIGNED this 8th day of May, 2015.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE