UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DELMY PINEDA CRUZ,<br>POLYANE SOARES DE OLIVEIRA DOS SANTOS, and<br>LILIAN CASTILLO ROSADO,<br>on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>ROSE THOMPSON,<br>Warden, Karnes County Residential Center;<br>JUANITA HESTER,<br>ICE Field Office Assistant Director;<br>ENRIQUE LUCERO,<br>ICE Field Office Director, San Antonio District;<br>SARAH R. SALDAÑA,<br>ICE Director; and<br>JEH JOHNSON,<br>Secretary, U.S. Department of Homeland Security;<br>in their official capacities, and<br>THE GEO GROUP, INC.,<br><br>          Defendants. | Civil Action No. 15-CV-0326 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby inform the Court and all parties that they voluntarily dismiss this action under Rule 41(a) of the Federal Rules of Civil Procedure.

            Respectfully Submitted,

            By: /S/ Trisha Trigilio

            Trisha Trigilio
            Texas Bar No. 24075179

Ranjana Natarajan
Texas Bar No. 24071013
THE UNIVERSITY OF TEXAS
SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton Street
Austin, TX 78705
Tel: 512-232-7222
Fax: 512-232-0800
Email: ttrigilio@law.utexas.edu

Javier N. Maldonado
Texas Bar No. 00794216
Allison N. Boyle, Esq.
Texas Bar No. 24087197
LAW OFFICE OF JAVIER N.
MALDONADO, PC
8918 Tesoro Dr., Ste. 575
San Antonio, TX 78217
Tel: 210-277-1603
Fax: 210-587-4001
Email: jmaldonado.law@gmail.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

By my signature below, I certify that I have served this motion on all counsel of record via the Court's electronic filing system.

Dated: September 9, 2015          By: /S/ Trisha Trigilio

                                           Trisha Trigilio
                                           Texas Bar No. 24075179
                                           THE UNIVERSITY OF TEXAS
                                           SCHOOL OF LAW
                                           Civil Rights Clinic
                                           727 E. Dean Keeton Street
                                           Austin, TX 78705
                                           Tel: 512-232-7222
                                           Fax: 512-232-0800
                                           Email: ttrigilio@law.utexas.edu